AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES OF AMERICA

v.

DAVID FRIAS-HERNANDEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1172-WQH

I, DAVID FRIAS-HERNANDEZ, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/17/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X David Frias Hernandez
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER