UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 23 PM 4:22

[stamp: SOUTHERN DISTRICT OF CALIFORNIA]

BY \_\_\_\_VNH\_\_\_\_ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DAVID FRIAS-HERNANDEZ (1),

        Defendant.

CASE NO. 08CR1172-WQH

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_\_\_ the Court has granted the motion of the Government for dismissal; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: CT 1: 8 USC 1325 ILLEGAL ENTRY (MISDEMEANOR) AND CTS 2-3 8 USC 1325 ILLEGAL ENTRY (FELONY)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 20, 2008

[signature]

WILLIAM Q. HAYES, US DISTRICT COURT
UNITED STATES DISTRICT JUDGE

ENTERED ON 6/23/08