**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
2008 JUN 23 PM 4:22
SOUTHERN DISTRICT OF CALIFORNIA
BY VNH DEPUTY

UNITED STATES OF AMERICA,
Plaintiff,
vs.
DAVID FRIAS-HERNANDEZ (1),
Defendant.

CASE NO. 08CR1172-WQH

**JUDGMENT OF DISMISSAL**

FILED
JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY VNH DEPUTY

IT APPEARING that the defendant is now entitled ~~to be discharged~~ for the reason that:

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: CT 1: 8 USC 1325 ILLEGAL ENTRY (MISDEMEANOR) AND CTS 2-3 8 USC 1325 ILLEGAL ENTRY (FELONY)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JUNE 20, 2008

[signature]
WILLIAM Q. HAYES, US DISTRICT COURT
UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal ~~Judgement and Commitment~~ on 6/24/08
United States Marshal
By: [signature]
USMS Criminal Section

ENTERED ON 6/23/08